[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11544

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JENNIFER CORINNE SCOGGINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:23-cr-00087-MHH-HNJ-1

_____

2                    Opinion of the Court                    24-11544

Before JORDAN, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

William Bradford, appointed counsel for Jennifer Scoggins in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Scoggins's conviction and sentence are **AFFIRMED**.